# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>WOLF PERFORMANCE AMMUNITION, et al.,<br><br>    Defendants. | Case No. 2:13-cv-02223-JCM-NJK<br><br>ORDER |

The Court has received the parties' Joint Interim Status Report, filed August 4, 2014. Docket No. 33. In this filing, the parties appear to request an extension of the discovery deadlines established by the Scheduling Order in this case. *Id.*, at 3; *see also* Docket No. 27.

Any attempt to modify the Scheduling Order through a request made in a joint interim status report is improper. *See* LR 26-3. If the parties seek to modify the Scheduling Order, any request must fully comply with the Local Rules of this Court. *See* LR 6-1, LR 7-1, and LR 26-4. Accordingly, to the extent the parties intended to request to modify the Scheduling Order in their Joint Interim Status Report, that request is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 5, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge