CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
PHILIP R. ERWIN, ESQ. (11563)
pre@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Third-Party Defendant*
*Tula Cartridge Works*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW SMITH, | Case No. 2:13-cv-02223-JCW-NJK |
| Plaintiff, | **JOINT STIPULATION TO EXTEND THIRD-PARTY DEFENDANT TULA CARTRIDGE WORKS' TIME TO RESPOND TO THIRD-PARTY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| WOLF PERFORMANCE AMMUNITION, et al., | |
| Defendants | |
| SPORTING SUPPLIES INTERNATIONAL, | (Second Request) |
| Third-Party Plaintiff, | |
| vs. | |
| TULA CARTRIDGE WORKS, and TULAMMO USA, INC., | |
| Third-Party Defendants. | |

Pursuant to Local Rule 6-1, the parties have agreed and hereby stipulate to extend Third-Party Defendant Tula Cartridge Works' time to respond to Third-Party Plaintiff Sporting

Page 1 of 3

Supplies International's Motion for Default Judgment by one (1) week.  Accordingly, Tula Cartridge Works' shall respond to the Motion for Default Judgment on or before April 10, 2015.

IT IS SO STIPULATED:

| CAMPBELL & WILLIAMS | PISCIOTTI, MALSCH & BUCKLEY, P.C. |
|---|---|

/s/ **Philip R. Erwin**  /s/ **Jeffrey M. Malsch**

| DONALD J. CAMPBELL, ESQ. | JEFFREY M. MALSCH, ESQ. |
| J. COLBY WILLIAMS, ESQ. | ANTHONY PISCIOTTI, ESQ. |
| PHILIP R. ERWIN, ESQ. | 30 Columbia Turnpike, Suite 205 |
| 700 South Seventh Street | Florham Park, New Jersey  07932 |
| Las Vegas, Nevada  89101 | |

*Attorneys for Third-Party Defendant Tula Cartridge Works*

and

DARRELL D. DENNIS, ESQ.
STEVEN B. ABBOTT, ESQ.
MATTHEW CAVANAUGH, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Third-Party Defendant Sporting Supplies International*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2015.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **Joint Stipulation to Extend Defendant Third-Party Defendant Tula Cartridge Works' Time to Respond to Third-Party Plaintiff's Motion for Default Judgment**, was served on the 3rd day of April, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ **Philip R. Erwin**
An employee of Campbell & Williams