CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
PHILIP R. ERWIN, ESQ. (11563)
pre@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Third-Party Defendant*
*Tula Cartridge Works*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW SMITH, | Case No. 2:13-cv-02223-JCW-NJK |
| Plaintiff, | **JOINT STIPULATION TO EXTEND THIRD-PARTY DEFENDANT TULA CARTRIDGE WORKS' TIME TO RESPOND TO THIRD-PARTY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| WOLF PERFORMANCE AMMUNITION, et al., | |
| Defendants | |
| SPORTING SUPPLIES INTERNATIONAL, | (Third Request) |
| Third-Party Plaintiff, | |
| vs. | |
| TULA CARTRIDGE WORKS, and TULAMMO USA, INC., | |
| Third-Party Defendants. | |

Pursuant to Local Rule 6.1, the parties have agreed and hereby stipulate to extend Third-Party Defendant Tula Cartridge Works' time to respond to Third-Party Plaintiff Sporting Supplies International's Motion for Default Judgment by two (2) weeks. Tula Cartridge Works has just recently, as of April 3rd, 2015, engaged the law firm of Polsinelli, P.C. to represent it in this

action. Since then, attorneys from Polsinelli have been in contact with representatives of Tula Cartridge Works in Russia regarding this action and have requested information that will allow for the preparation of a response to the instant motion of Sporting Supplies International, as well as to the allegations raised in the third-party complaint. Attorneys from Polsinelli have also notified counsel representing Sporting Supplies International of their recent engagement. Accordingly, Tula Cartridge Works' shall respond to the Motion for Default Judgment on or before April 24, 2015

IT IS SO STIPULATED:

| CAMPBELL & WILLIAMS | PISCIOTTI, MALSCH & BUCKLEY, P.C. |
|---|---|
| /s/ *Samuel R. Mirkovich* | /s/ *Jeffrey M. Malsch* |
| DONALD J. CAMPBELL, ESQ. | JEFFREY M. MALSCH, ESQ. |
| J. COLBY WILLIAMS, ESQ. | ANTHONY PISCIOTTI, ESQ. |
| PHILIP R. ERWIN, ESQ. | 30 Columbia Turnpike, Suite 205 |
| 700 South Seventh Street | Florham Park, New Jersey 07932 |
| Las Vegas, Nevada 89101 | |
| | and |
| *Attorneys for Third-Party Defendant* | |
| *Tula Cartridge Works* | DARRELL D. DENNIS, ESQ. |
| | STEVEN B. ABBOTT, ESQ. |
| | MATTHEW CAVANAUGH, ESQ. |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 6385 S. Rainbow Boulevard, Suite 600 |
| | Las Vegas, Nevada 89118 |
| | *Attorneys for Third-Party Defendant* |
| | *Sporting Supplies International* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 13, 2015

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing **Joint Stipulation to Extend Defendant Third-Party Defendant Tula Cartridge Works' Time to Respond to Third-Party Plaintiff's Motion for Default Judgment**, was served on the 10th day of April, 2015 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

 /s/ *Lucinda Martinez*
An employee of Campbell & Williams