DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
MATTHEW A. CAVANAUGH, ESQ.
Nevada Bar No. 11077
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

and

JEFFREY M. MALSCH, ESQ. (PHV)
ANTHONY M. PISCIOTTI, ESQ. (PHV)
PISCIOTTI, MALSCH & BUCKLEY, P.C.
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932
Telephone:  (973) 245-8100
Facsimile: (973) 245-8101
*Attorneys for Defendant*
*SPORTING SUPPLIES INTERNATIONAL*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW SMITH,<br><br>          Plaintiff,<br><br>     vs.<br><br>WOLF PERFORMANCE AMMUNITION; et al.,<br><br>          Defendants. | CASE NO.: 13-cv-02223-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SPORTING SUPPLIES INTERNATIONAL,<br><br>          Third-Party Plaintiff,<br><br>     vs.<br><br>TULA CARTRIDGE WORKS, an open joint-stock company, and TULAMMO USA, INC., a Texas corporation,<br><br>          Third-Party Defendant. | |

4835-8335-6199.1

IT IS HEREBY STIPULATED by Plaintiff ANDREW SMITH (hereinafter "Plaintiff"), Defendants SPORTING SUPPLIES INTERNATIONAL, INC. (hereinafter "SSI") and REMINGTON ARMS COMPANY, LLC (hereinafter "Remington"), and Third-Party Defendants, TULA CARTRIDGE WORKS (hereinafter "TCW") and TULAMMO USA, INC. (hereinafter "Tulammo") (collectively "Parties"), through their respective counsel of record as follows:

1.  That the case shall be dismissed with prejudice, including all cross-claims, counter-claims, and third-party claims, with the Parties to bear their own individual costs and attorneys' fees.

2.  That the **trial** scheduled in this matter shall be **VACATED**; and

3.  That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

**HEREBY STIPULATED BY THE FOLLOWING COUNSEL OF RECORD**

DATED this 26th day of August, 2015.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | TRAMEL LAW GROUP LLC |
|---|---|
| */s/ Steven B. Abbott* | */s/ Michaela E. Tramel* |
| DARRELL D. DENNIS, ESQ. | MICHAELA E. TRAMEL, ESQ. |
| Nevada Bar No. 6618 | Nevada Bar No. 12528 |
| STEVEN B. ABBOTT, ESQ. | 9480 S. Eastern Ave., Suite 257 |
| Nevada Bar No. 10303 | Las Vegas, NV 89123 |
| MATTHEW A. CAVANAUGH, ESQ. | Tel. 702.233.2244 |
| Nevada Bar No. 11077 | *Attorneys for Plaintiff* |
| 6385 S. Rainbow Blvd., Suite 600 | |
| Las Vegas, NV 89118 | |
| Tel. 702.893.3383 | |
| *Attorneys for Defendant Sporting Supplies International* | |
| PISCIOTTI MALSCH & BUCKLEY, P.C. | VANNAH & VANNAH |
| */s/ Jeffrey M. Malsch* | */s/ Mark L. Jackson* |
| JEFFREY M. MALSCH, ESQ. | MARK L. JACKSON, ESQ. |
| *Pro Hac Vice* | Nevada Bar No. 10905 |
| 30 Columbia Turnpike, Suite 205 | 400 S. Seventh Street, Suite 400 |
| Florham Park, NJ 07932 | Las Vegas, NV 89101 |
| Tel. 973.245.8100 | Tel. 702.369.4161 |
| *Attorneys for Defendant Sporting Supplies International* | *Attorneys for Plaintiff* |



| | |
|---|---|
| MURCHINSON & CUMMING | SWANSON MARTIN & BELL, LLP |
| /s/ Michael J. Nunez | /s/ Steven E. Danekas |
| MICHAEL J. NUNEZ, ESQ.<br>6900 Westcliff Dr., Suite 605<br>Las Vegas, NV 89145<br>Mnunez@murchisonlaw.com<br>Tel. 702.360.3956<br>*Attorneys for Defendant*<br>*Remington Arms Company, LLC* | STEVEN E. DANEKAS, ESQ.<br>*Pro Hac Vice*<br>ANDREW A. LOTHSON, ESQ.<br>*Pro Hac Vice*<br>JOSHUA E. BIDZINSKI, ESQ.<br>*Pro Hac Vice*<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611<br>Tel. 312.923.8273<br>*Attorneys for Defendant*<br>*Remington Arms Company, LLC* |
| LINCOLN GUSTAFSON & CERCOS, LLP | POLSINELLI P.C. |
| /s/ Loren S. Young | /s/ Edward J. Gorman |
| LOREN S. YOUNG, ESQ.<br>Nevada Bar No. 7567<br>JAMES M. BARRINGTON, ESQ.<br>Nevada Bar No. 9252<br>3960 Howard Hughes Pkwy., Suite 200<br>Las Vegas, Nevada 89169<br>Tel. 702.257.1997<br>*Attorneys for Defendant*<br>*Tulammo USA, Inc.* | EDWARD J. GORMAN, ESQ.<br>*Pro Hac Vice*<br>1515 Wynkoop, Suite 600<br>Denver, CO 80202<br>Tel. 303.583.8246<br>*Attorneys for Third-Party Defendant*<br>*Tula Cartridge Works* |

### ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, including all cross-claims, counter-claims, and third-party claims, with the parties to bear their own individual costs and attorneys' fees; and it is further

**ORDERED, ADJUDGED AND DECREED** that the **trial** scheduled in this matter to shall be **VACATED**; and it is further

/ / /

3

**ORDERED, ADJUDGED AND DECREED**, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

DATED August 26, 2015.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Steven B. Abbott
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

PISCIOTTI, MALSCH & BUCKLEY, P.C
JEFFREY M. MALSCH, ESQ.
(admitted Pro Hac)
445 Hamilton Ave., Suite 1102
White Plains, New York 10601
Telephone: 914.287.7711
*Attorneys for Defendants Bad Ass Tactical and Spike's Tactical, LLC*